JOHN W. WHELAN et al., as Trustees in Bankruptcy of
E. REBOULIN FILS & CO., INCORPORATED, Respondents,
*v.* HENRY GOLDMAN et al., Doing Business under the
Firm Name of GOLDMAN, SACHS & COMPANY, et al.,
Defendants.

JAMES TALCOTT, Respondent, and HARTFORD FIRE
INSURANCE COMPANY, Appellant.

*Whelan* v. *Goldman*, 145 App. Div. 919, affirmed.
(Argued March 5, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 21, 1911, affirming a judgment in favor of
defendant Talcott entered upon a decision of the court on
trial at Special Term in an action to recover and to deter-

mine the interests of the parties to the proceeds of certain policies of fire insurance.

*Dickinson W. Richards* for appellant.

*W. Benton Crisp* and *Theodore M. Crisp* for plaintiffs, respondents.

*Arthur C. Rounds* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.